IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANGELO M. REDDICK,

     Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1606

_____/

Opinion filed January 22, 2015.

An appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

Angelo M. Reddick, pro se, Appellant.

Sarah J. Rumph, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, C.J., WOLF and ROBERTS, JJ., CONCUR.